**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JOSHUA HENRY, | Civil No. 19-429 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| TOM ROY, et al., | |
| Defendants. | |

---

Joshua Henry, OID #247203, Kandiyohi County Jail, 2201 23rd Street NE, Willmar, MN 56201, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 6, 2019 (Docket No. 7), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Joshua Henry (Docket No. 2) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2019
at Minneapolis, Minnesota

                                                                  s/John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                                  Chief Judge
                                                                  United States District Court